1  JAMES A. YORO, SB# 86768
   Chain, Younger, Cohn & Stiles
2  1800 30th Street, Suite 150
   P O Box 2386
3  Bakersfield, CA 93303-2386
   Phone: (661) 283-2667
4  Fax: (661) 283-6969

5  Attorney for Plaintiff
   JOHN L. TURNQUIST
6
                  IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9  JOHN L. TURNQUIST,                ) Case No.: 1:07-CV-00591-OWW
                                      )
10          Plaintiff,               ) STIPULATION AND ORDER TO
                                      ) EXTEND TIME
11     vs.                           )
                                      )
12 Commissioner of Social Security )
                                      )
13          Defendant                )
                                      )
14 _____ )

15     The parties, through respective counsel, stipulate that the

16 time for filing plaintiff's Confidential Letter be extended to

17 October 5, 2007.

18 //

19 //

20 //

21 //

22 //

23

24

25

26

                                     1

1    This is the plaintiff's first request for an extension of

2  time to file the Confidential Letter.  Plaintiff needs

3  additional time to further review the file and prepare response

4  in this matter.

5  Dated:    9/20/07

6                                        /s/ James A. Yoro
                                         JAMES A. YORO
7                                        Attorney for Plaintiff

8

9

10 Dated: 9/20/07                        /s/ Michael Cabotaje
                                         (As authorized via facsimile)
11                                       Regional Counsel Attorney

12

13 IT IS SO ORDERED:

14

15 Dated:    9/21/07             /s/ Dennis L. Beck
                                 THE HONORABLE DENNIS L. BECK
16                               United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26