IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN LEROY TURNQUIST, | ) | 1:07-cv-00591 GSA |
| | ) | |
| | ) | ORDER TO EXTEND TIME |
| | ) | FOR FILING PLAINTIFF'S |
| | ) | OPENING BRIEF |
| Plaintiff, | ) | |
| | ) | ORDER DISCHARGING ORDER TO |
| vs. | ) | SHOW CAUSE |
| | ) | (Document 19) |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On April 17, 2007, Plaintiff filed the present action in this Court for judicial review of the denial of Social Security benefits. On December 27, 2007, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief.

On January 17, 2007, Plaintiff's counsel responded to the order to show cause and explained that the opening brief was not filed due to settlement negotiations following Plaintiff's death regarding a voluntary remand, the unavoidable illness of Defendant's counsel and the unavailability of Plaintiff's counsel in mid-December. The parties also have filed a stipulation to extend the time for filing Plaintiff's Opening Brief to February 18, 2008, to allow the parties additional time to review the file, to engage in settlement negotiations and to prepare a response in this matter.

Based on the foregoing, it appears that Plaintiff's failure to file an opening brief was due to the excusable neglect of Plaintiff's counsel in failing to request a stipulation and order extending

1

1  time so that settlement negotiations could be completed.  Accordingly, the order to show cause is

2  DISCHARGED.  Based on the parties stipulation, and good cause appearing, Plaintiff is GRANTED

3  an extension of time to February 18, 2008, to file his Opening Brief.

8     IT IS SO ORDERED.

9     **Dated:   January 18, 2008**           **/s/ Gary S. Austin**
                                                               UNITED STATES MAGISTRATE JUDGE