McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

LEO R. MONTENEGRO
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8931

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TURNQUIST,<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>   Defendant. | Case No. 1:07-cv-00591-GSA<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will direct an Administrative Law Judge to take the following actions:

  1. Obtain updated medical evidence and offer Plaintiff the opportunity for a new hearing;

  2. Further evaluate Plaintiff's mental impairments applying the psychiatric review technique prescribed at 20 C.F.R. § 416.920a;

  3. Evaluate the medical source statement of examining psychologist Dr. Kimball Hawkins;

  4. Address any statements from lay witnesses in accordance with the guidelines set forth at Social Security Ruling 06-03p;

Stip & Proposed Order 1:07-cv-00591

5. Explain the evidentiary weight accorded to the State agency medical consultants; and

6. Consider any medical evidence concerning Plaintiff's cause of death in order to determine whether Plaintiff was unable to engage in any substantial gainful activity by reason of any medically determinable physical or mental impairment which can be expected to result in death pursuant to 20 C.F.R. § 416.905.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, the Commissioner of Social Security, reversing the final decision of the Commissioner.

DATE:  2/14/08          /s/ James Yoro
                        (as authorized by e-mail February 14, 2008)
                        JAMES YORO
                        Attorney at Law

                        Attorney for Plaintiff

DATE:  2/14/08          McGREGOR W. SCOTT
                        United States Attorney
                        LUCILLE GONZALES MEIS
                        Regional Chief Counsel, Region IX

                    By: /s/ Leo R. Montenegro
                        LEO R. MONTENEGRO
                        Special Assistant U.S. Attorney

                        Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **February 15, 2008**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE